JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>    Defendants. | Case No. EDCV 17-1021-GW-AJWx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon Plaintiff's Notice of Dismissal with Prejudice [86], it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

    IT IS SO ORDERED.

Dated: July 22, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE